# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY BOOHER,<br><br>Plaintiff,<br><br>v.<br><br>USE CREDIT UNION, ONEWEST BANK FSB D/B/A CIT BANK N.A., BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE LLN and EQUIFAX INFORMATION SERVICES LLC.<br><br>Defendants. | Case No.: 18CV0588-LAB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED.R.CIV.P. 42(A)** |

BEFORE THE COURT is the Joint Motion to Consolidate Related Cases Pursuant to FED.R.CIV.P. 42(A) ("Motion").

| Case Name | Case No. | Date Filed | Judge |
|---|---|---|---|
| *Booher v. Use Credit Union, et al.* | 18CV0588-LAB-KSC | March 20, 2018 | Hon. Barbara L. Major |
| *King. v. Use Credit Union, et al.* | 18CV0591-MMA-JMA | March 20, 2018 | Hon. Barbara L. Major |

///

-1-
**ORDER**

No objections have been filed. The Court, having reviewed and considered all papers in support of the Joint Motion to Consolidate Related Cases Pursuant to FED.R.CIV.P. 42(A), finds that there are common issues of law and similar facts in both cases that warrant consolidation.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Joint Motion to Consolidate Related Cases Pursuant to FED.R.CIV.P. 42(A) is **GRANTED**.
2. The above-referenced two related cases are hereby consolidated.

The District Court Clerk is directed to enter this Order to Consolidate Related Cases, to provide copies of this Order to counsel of all parties, and to **CLOSE** case number 18CV0591-MMA-JMA.

**DATED** this 19th day of June 2018.

*/s/ Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge